UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MOHAMED ABDWELI ISMAIL,   CIVIL NO. 16-3430 (MJD/DTS)

　　　Petitioner,

v.   ORDER

LORETTA LYNCH, et al.,
*Attorney General*

　　　Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated April 25, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Mohamed Abdweli Ismail's Petition for a Writ of Habeas Corpus [ECF 1] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 6, 2017

　　　　　　　　　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　MICHAEL J. DAVIS
　　　　　　　　　　　　　　　　　　United States District Court Judge